JS - 6

RAYMOND OBIAMALU, ESQ.
SBN 177716
**OBIAMALU LAW FIRM**
15361 Central Avenue, Suite A
Chino, CA 91710
Telephone (909)597-3229
Facsimile (909)597-3433

Attorney for Plaintiff: LAMONT HAYES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LAMONT HAYES<br>　　　　Plaintiff,<br>vs.<br>HOMETOWN BUFFET, INC, ISABEL MORENO, and DOES 2-50.<br>　　　　Defendants. | CASE NO.: CV10-6950 MMM (CWx)<br>**COURT ORDER RE: STIPULATION FOR REMAND TO STATE COURT**<br>Date:<br>Time:<br>Courtroom: |

**GOOD CAUSE** having been shown by the facts set forth in the Stipulation for Remand to State Court, subscribed to by counsel for Plaintiff, LAMONT HAYES, and counsel for Defendant, HOMETOWN BUFFET.

IT IS HEREBY ORDERED AS FOLLOWS:

1. This lawsuit is hereby ordered remanded back to the Superior Court of the State of California, for the County of Los Angeles, Central District.

IT IS SO ORDERED

Dated: October 12, 2010

*Margaret M. Morrow*
_____
United States District Court Judge

---
1
**COURT ORDER RE: STIPULATION FOR REMAND TO STATE COURT**